**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

CENTRAL DISTRICT OF CALIFORNIA

Case number *(if known)* ____________ Chapter 11

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

04/25

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | | |
|---|---|---|---|
| 1. | **Debtor's name** | Alvand Transportation Corp. | |
| 2. | **All other names debtor used in the last 8 years**<br>Include any assumed names, trade names and *doing business as* names | | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 20-5438358 | |
| 4. | **Debtor's address** | **Principal place of business**<br>11057 Penrose Street<br>Sun Valley, CA 91352<br>Number, Street, City, State & ZIP Code<br><br>Los Angeles<br>County | **Mailing address, if different from principal place of business**<br><br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |
| 5. | **Debtor's website** (URL) | | |
| 6. | **Type of debtor** | ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: | |

Debtor **Alvand Transportation Corp.** Case number (*if known*) ______
Name

**7. Describe debtor's business**

A. *Check one:*

- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ☑ None of the above

B. *Check all that apply*

- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

- ☐ Chapter 7
- ☐ Chapter 9
- ☑ Chapter 11. *Check **all** that apply*:
  - ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

- ☑ No.
- ☐ Yes.

District ______ When ______ Case number ______
District ______ When ______ Case number ______

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

- ☑ No
- ☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor ______ Relationship ______
District ______ When ______ Case number, if known ______

Debtor **Alvand Transportation Corp.** Case number (*if known*) ______
Name

**11. Why is the case filed in *this district?***

*Check all that apply:*

- [x] Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- [ ] A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

- [x] No
- [ ] Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

- [ ] It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard? ______
- [ ] It needs to be physically secured or protected from the weather.
- [ ] It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
- [ ] Other ______

**Where is the property?** ______
Number, Street, City, State & ZIP Code

**Is the property insured?**

- [ ] No
- [ ] Yes. Insurance agency ______
  Contact name ______
  Phone ______

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

- [x] Funds will be available for distribution to unsecured creditors.
- [ ] After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| [x] 1-49 | [ ] 1,000-5,000 | [ ] 25,001-50,000 |
| [ ] 50-99 | [ ] 5001-10,000 | [ ] 50,001-100,000 |
| [ ] 100-199 | [ ] 10,001-25,000 | [ ] More than100,000 |
| [ ] 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| [ ] $0 - $50,000 | [x] $1,000,001 - $10 million | [ ] $500,000,001 - $1 billion |
| [ ] $50,001 - $100,000 | [ ] $10,000,001 - $50 million | [ ] $1,000,000,001 - $10 billion |
| [ ] $100,001 - $500,000 | [ ] $50,000,001 - $100 million | [ ] $10,000,000,001 - $50 billion |
| [ ] $500,001 - $1 million | [ ] $100,000,001 - $500 million | [ ] More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| [ ] $0 - $50,000 | [x] $1,000,001 - $10 million | [ ] $500,000,001 - $1 billion |
| [ ] $50,001 - $100,000 | [ ] $10,000,001 - $50 million | [ ] $1,000,000,001 - $10 billion |
| [ ] $100,001 - $500,000 | [ ] $50,000,001 - $100 million | [ ] $10,000,000,001 - $50 billion |
| [ ] $500,001 - $1 million | [ ] $100,000,001 - $500 million | [ ] More than $50 billion |

Debtor **Alvand Transportation Corp.** Case number (*if known*) ____________
Name

## Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 9/21/2026
MM / DD / YYYY

X ______________________ **Victor Alvandi**
Signature of authorized representative of debtor — Printed name

Title **CEO**

**18. Signature of attorney**

X /s/ Michael Jay Berger — Date 09/21/2026
Signature of attorney for debtor — MM / DD / YYYY

**Michael Jay Berger**
Printed name

**Law Offices of Michael Jay Berger**
Firm name

**9454 Wilshire Boulevard, 6th floor**
**Beverly Hills, CA 90212**
Number, Street, City, State & ZIP Code

Contact phone **(310) 271-6223** Email address **michael.berger@bankruptcypower.com**

**100291 CA**
Bar number and State

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Alvand Transportation Corp.** |
| United States Bankruptcy Court for the: | **CENTRAL DISTRICT OF CALIFORNIA** |
| Case number (if known): | |

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Cesar Garcia<br>c/o Otkupman Law Firm<br>Roman Otkupman, Esq.<br>5743 Corsa Ave. Ste 123<br>Thousand Oaks, CA 91362 | | Class Action (Wage and Hour) | Contingent<br>Unliquidated<br>Disputed | | | Unknown |
| Dion & Sons<br>16133 Ventura Blvd. #805<br>Encino, CA 91436 | | fuel | | | | $368,993.72 |
| Elthia Fray<br>c/o Soho Law Firm, APC<br>8383 Wilshire Blvd., Suite 315<br>Beverly Hills, CA 90211 | | threatened employment lawsuit | Contingent<br>Unliquidated<br>Disputed | | | Unknown |
| Financial Evidence Group, CPA<br>PO Box 34<br>Paso Robles, CA 93447 | | services | | | | $18,497.50 |
| Grant Shenon Almaraz, APLC<br>c/o Adam Grant, Esq.<br>15165 Ventura Blvd. #200<br>Sherman Oaks, CA 91403 | | lawsuit | Contingent<br>Unliquidated<br>Disputed | | | $243,722.05 |

Debtor **Alvand Transportation Corp.**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Henry Hong<br>c/o Legal Corners Law Office<br>Hassan Halawi, Esq.<br>550 N. Brand Blvd.<br>Suite 1670<br>Glendale, CA 91203 | | threatened employment lawsuit | Contingent<br>Unliquidated<br>Disputed | | | Unknown |
| iRepro Digital Solutions<br>15303 Ventura Blvd.<br>Sherman Oaks, CA 91403 | | invoice | | | | $5,629.27 |
| Jesus Gutierrez<br>c/o Soho Law Firm, APC<br>8383 Wilshire Blvd.<br>Suite 315<br>Beverly Hills, CA 90211 | | threatened employment lawsuit | Contingent<br>Unliquidated<br>Disputed | | | Unknown |
| Joshua Davis<br>c/o Soho Law Firm, APC<br>8383 Wilshire Blvd.<br>Suite 315<br>Beverly Hills, CA 90211 | | threatened lawsuit for wage and hour | Contingent<br>Unliquidated<br>Disputed | | | Unknown |
| Kramar Madnick, LLP<br>c/o H. Mark Madnick, Esq.<br>16133 Ventura Blvd #805<br>Encino, CA 91436 | | legal fees | | | | $18,527.19 |
| Luis Coto Alfaro, Mishayla Mosby et<br>c/o Mooradian Law, APC<br>Zorik Mooradian, Esq.<br>24007 Ventura Blvd.<br>Suite 210<br>Calabasas, CA 91302 | | Class Action/PAGA (Wage and Hour) | Contingent<br>Unliquidated<br>Disputed | | | Unknown |
| Luz Flores<br>c/o Lawyers for Employee & Consumer<br>Nick Badii, Esq.<br>3500 West Olive Avenue, Floor 3<br>Burbank, CA 91505 | | threatened employment lawsuit | Contingent<br>Unliquidated<br>Disputed | | | Unknown |

Debtor **Alvand Transportation Corp.**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Raneisha Rouzan<br>c/o Soho Law Firm<br>8383 Wilshire Blvd., Suite 315<br>Beverly Hills, CA 90211 | | threatened employment lawsuit | Contingent<br>Unliquidated<br>Disputed | | | Unknown |
| Roni Alvandi<br>c/o Shaumyan & Derbarseghian LLP<br>Alfred Shaumyan, Esq.<br>700 N. Brand Blvd. Suite 870<br>Glendale, CA 91203 | | Civil Lawsuit | Contingent<br>Unliquidated<br>Disputed | | | Unknown |
| Theresa Kunkel<br>c/o Soho Law Firm, APC<br>8383 Wilshire Blvd. Suite 315<br>Beverly Hills, CA 90211 | | threatened employment lawsuit | Contingent<br>Unliquidated<br>Disputed | | | Unknown |
| Yvonne Solis Castro<br>c/o Labor Commissioner's Dept<br>6150 Van Nuys Blvd, Room 206<br>Van Nuys, CA 91401 | | Wage claim with Labor Commissioner | Contingent<br>Unliquidated<br>Disputed | | | $74,832.00 |

# United States Bankruptcy Court
## Central District of California

In re **Alvand Transportation Corp.** Debtor(s)

Case No. ____________
Chapter **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Victor Alvandi**<br>**11057 Penrose Street**<br>**Sun Valley, CA 91352** | | | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, Victor Alvandi, the **CEO** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date 9/21/2026 Signature [signature]
**Victor Alvandi**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# STATEMENT OF RELATED CASES
# INFORMATION REQUIRED BY LBR 1015-2
# UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1. A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, his or her current or former domestic partner, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of each such of prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

**None**

2. (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

**None**

3. (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

**None**

4. (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

**None**

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at **Sun Valley**, California.

Date: 9/21/2026

**Victor Alvandi**
Signature of Debtor 1

Signature of Debtor 2

B2030 (Form 2030) (12/25)

**United States Bankruptcy Court**
**Central District of California**

In re **Alvand Transportation Corp.** Debtor(s) Case No. ____ Chapter **11**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept A RETAINER OF | $ | **25,000.00** |
| Prior to the filing of this statement I have received A RETAINER OF | $ | **25,000.00** |
| Balance Due | $ | **0.00** |

2. The source of the compensation paid to me was:

☑ Debtor ☐ Other (specify):

3. The source of compensation to be paid to me is:

☑ Debtor ☐ Other (specify):

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. Subject to any applicable local rule or court order, in return for the above-disclosed fee, I have agreed to render legal service for the following aspects of the bankruptcy case, except as excluded in Section 6:

a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
d. [List other services that counsel has agreed to provide]

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

9/21/2026
*Date*

/s/ Michael Jay Berger
**Michael Jay Berger**
*Signature of Attorney*
**Law Offices of Michael Jay Berger**
**9454 Wilshire Boulevard, 6th floor**
**Beverly Hills, CA 90212**
**(310) 271-6223 Fax: (310) 271-9805**
**michael.berger@bankruptcypower.com**
*Name of law firm*

Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address
**Michael Jay Berger**
**9454 Wilshire Boulevard, 6th floor**
**Beverly Hills, CA 90212**
**(310) 271-6223 Fax: (310) 271-9805**
California State Bar Number: **100291 CA**
**michael.berger@bankruptcypower.com**

FOR COURT USE ONLY

☐ *Debtor(s) appearing without an attorney*
☑ *Attorney for Debtor*

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

In re:

**Alvand Transportation Corp.**

Debtor(s).

CASE NO.:
CHAPTER: **11**

**VERIFICATION OF MASTER MAILING LIST OF CREDITORS**

**[LBR 1007-1(a)]**

Pursuant to LBR 1007-1(a), the Debtor, or the Debtor's attorney if applicable, certifies under penalty of perjury that the master mailing list of creditors filed in this bankruptcy case, consisting of 4 sheet(s) is complete, correct, and consistent with the Debtor's schedules and I/we assume all responsibility for errors and omissions.

Date: **September 21, 2026** ____________________ Signature of Debtor 1

Date: ____________________ Signature of Debtor 2 (joint debtor) ) (if applicable)

Date: **September 21, 2026** /s/ Michael Jay Berger
Signature of Attorney for Debtor (if applicable)

Alvand Transportation Corp.
11057 Penrose Street
Sun Valley, CA 91352

Michael Jay Berger
Law Offices of Michael Jay Berger
9454 Wilshire Boulevard, 6th floor
Beverly Hills, CA 90212

AUXILIOR CAPITAL PARTNERS, INC.
620 West Germantown Pike, Ste 450
Plymouth Meeting, PA 19462

AUXILIOR CAPITAL PARTNERS, INC.
620 West GErmantown Pike, Ste 452
Plymouth Meeting, PA 19462

BANC OF AMERICA LEASING & CAPITAL
540 W. Madison Street
IL4-540-22-30
Chicago, IL 60661

Cesar Garcia
c/o Otkupman Law Firm
Roman Otkupman, Esq.
5743 Corsa Ave. Ste 123
Thousand Oaks, CA 91362

Dion & Sons
16133 Ventura Blvd. #805
Encino, CA 91436

Elthia Fray
c/o Soho Law Firm, APC
8383 Wilshire Blvd., Suite 315
Beverly Hills, CA 90211

Financial Evidence Group, CPA
PO Box 34
Paso Robles, CA 93447

FLAGSTAR FINANCIAL & LEASING, LLC
225 Broadhollow Road, Ste 132W
Melville, NY 11747

GORDON BROTHERS COMMERCIAL EQUIPMEN
534 Broadhollow Rd., Ste 105
Melville, NY 11747

Grant Shenon Almaraz, APLC
c/o Adam Grant, Esq.
15165 Ventura Blvd. #200
Sherman Oaks, CA 91403

Hayden Brothers Engineering
Contractors General Partners
c/o Kenneth Hayden
PO Box 338
Sun Valley, CA 91353

Henry Hong
c/o Legal Corners Law Office
Hassan Halawi, Esq.
550 N. Brand Blvd. Suite 1670
Glendale, CA 91203

iRepro Digital Solutions
15303 Ventura Blvd.
Sherman Oaks, CA 91403

Jesus Gutierrez
c/o Soho Law Firm, APC
8383 Wilshire Blvd. Suite 315
Beverly Hills, CA 90211

Joshua Davis
c/o Soho Law Firm, APC
8383 Wilshire Blvd. Suite 315
Beverly Hills, CA 90211

Knott Properties LLC
c/o Gary Knott, Managing Member
11186 Penrose Street
Sun Valley, CA 91352

KRAMAR MADNICK LLP
16133 Ventura Blvd. Suite 805
Mission Hills, CA 91346

Kramar Madnick, LLP
c/o H. Mark Madnick, Esq.
16133 Ventura Blvd #805
Encino, CA 91436

Luis Coto Alfaro, Mishayla Mosby et
c/o Mooradian Law, APC
Zorik Mooradian, Esq.
24007 Ventura Blvd. Suite 210
Calabasas, CA 91302

Luz Flores
c/o Lawyers for Employee & Consumer
Nick Badii, Esq.
3500 West Olive Avenue, Floor 3
Burbank, CA 91505

M&T CAPITAL AND LEASING CORPORATION
850 Main Street, BC-03
Bridgeport, CT 06604

Milestone Bank
310 South Main Street, Ste 900
Salt Lake City, UT 84101

Raneisha Rouzan
c/o Soho Law Firm
8383 Wilshire Blvd., Suite 315
Beverly Hills, CA 90211

Roni Alvandi
c/o Shaumyan & Derbarseghian LLP
Alfred Shaumyan, Esq.
700 N. Brand Blvd. Suite 870
Glendale, CA 91203

Roni Alvandi
c/o SDA Law Group, P.C.
535 N. Brand Blvd. Suite 280
Glendale, CA 91203

Theresa Kunkel
c/o Soho Law Firm, APC
8383 Wilshire Blvd. Suite 315
Beverly Hills, CA 90211

U.S. Small Business Administration
c/o Elan S. Levey
300 N. Los Angeles Street
Fed. Bldg. Rm. 7516
Los Angeles, CA 90012

Victor Alvandi
11057 Penrose Street
Sun Valley, CA 91352

Yvonne Solis Castro
c/o Labor Commissioner's Dept
6150 Van Nuys Blvd, Room 206
Van Nuys, CA 91401

ZB, N.A. DBA VECTRA BANK COLORADO
c/o Trans Lease, Inc.
1400 W. 62nd Avenue
Denver, CO 80221

Attorney or Party Name, Address, Telephone & FAX Nos., and State Bar No. & Email Address
**Michael Jay Berger (SBN 100291)**
**Sofya Davtyan (SBN 259544)**
**Law Offices of Michael Jay Berger**
**9454 Wilshire Boulevard, 6th floor**
**Beverly Hills, CA 90212**
**(310) 271-6223 Fax: (310) 271-9805**
**Michael.Berger@bankruptcypower.com**
**Sofya.Davtyan@bankruptcypower.com**

☑ *Attorneys for: Alvand Transportation Corp.*

FOR COURT USE ONLY

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In re:<br>**Alvand Transportation Corp.**<br>Debtor(s), | CASE NO.:<br>ADVERSARY NO.:<br>CHAPTER: **11** |
| Plaintiff(s), | **CORPORATE OWNERSHIP STATEMENT PURSUANT TO FRBP 1007(a)(1) and 7007.1, and LBR 1007-4** |
| Defendant(s). | [No hearing] |

*Pursuant to FRBP 1007(a)(1) and 7007.1, and LBR 1007-4, any corporation, other than a governmental unit, that is a debtor in a voluntary case or a party to an adversary proceeding or a contested matter shall file this Statement identifying all its parent corporations and listing any publicly held company, other than a governmental unit, that directly or indirectly own 10% or more of any class of the corporation's equity interest, or state that there are no entities to report. This Corporate Ownership Statement must be filed with the initial pleading filed by a corporate entity in a case or adversary proceeding. A supplemental statement must promptly be filed upon any change in circumstances that renders this Corporate Ownership Statement inaccurate.*

I, **Victor Alvandi** , the undersigned in the above-captioned case, hereby declare
*(Print Name of Attorney or Declarant)*
under penalty of perjury under the laws of the United States of America that the following is true and correct:

**[Check the appropriate boxes and, if applicable, provide the required information.]**

1. I have personal knowledge of the matters set forth in this Statement because:
   - ☑ I am the president or other officer or an authorized agent of the Debtor corporation
   - ☐ I am a party to an adversary proceeding
   - ☐ I am a party to a contested matter
   - ☐ I am the attorney for the Debtor corporation

2.a. ☑ The following entities, other than the debtor or a governmental unit, directly or indirectly own 10% or more of any class of the corporation's equity interests:
See Addendum

b. ☐ There are no entities that directly or indirectly own 10% or more of any class of the corporation's equity interest.

Date 9/21/2026

By: [signature]
Signature of Debtor, or attorney for Debtor

Name: **Victor Alvandi**
Printed name of Debtor, or attorney for Debtor

## Addendum to Corporate Ownership Statement Pursuant to F.R.B.P. 1007(a)(1) and 7007.1, and Local Bankruptcy Rule 1002-5

**The following entities, other than the debtor or a governmental unit, directly or indirectly own 10% or more of any class of the corporation's(s') equity interests:**

**Victor Alvandi**
**11057 Penrose Street**
**Sun Valley, CA 91352**